**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Luis Angel Ortiz-Lopez**<br>YOB: 1998; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-14005MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>Count 1</u>: On or about September 19, 2025, at or near Douglas, in the District of Arizona, **Luis Angel Ortiz-Lopez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on July 13, 2019, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

<u>Count 2</u>: On or about September 19, 2025, at or near Douglas, in District of Arizona, **Luis Angel Ortiz-Lopez**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Luis Angel Ortiz-Lopez** is a citizen of Mexico. On July 13, 2019, **Luis Angel Ortiz-Lopez** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On September 19, 2025, agents found **Luis Angel Ortiz-Lopez** in the United States at or near Douglas, Arizona without the proper immigration documents. **Luis Angel Ortiz-Lopez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Luis Angel Ortiz-Lopez** admitted to illegally entering the United States of America from Mexico on or about September 19, 2025, at or near Douglas, Arizona at a time or place other than as designated by immigration officials.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

*DETENTION REQUESTED*

*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE
Carlo A. Moreno
Border Patrol Agent

Sworn by telephone  x

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE
September 22, 2025

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Horton