TIMOTHY COURCHAINE
United States Attorney
District of Arizona
TERRY MEINECKE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Attorneys for Plaintiff

CR-25-04133-TUC-JR

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 25-14005mj |
|---|---|
| Plaintiff, | **INFORMATION** |
| vs. | Violations: |
| Luis Angel Ortiz-Lopez, | 8 U.S.C. § 1326(a) (Reentry of Removed Alien) |
| Defendant. | Count 1 |
| | 8 U.S.C. § 1325(a) (Improper Entry by Alien) (Petty Misdemeanor) Count 2 |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

On or about September 19, 2025, at or near Douglas, in the District of Arizona, Luis Angel Ortiz-Lopez, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona, on July 13, 2019, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

///

## COUNT 2

On or about September 19, 2025, at or near Douglas, in the District of Arizona, Luis Angel Ortiz-Lopez, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by Immigration Officers of the United States of America; in violation of Title 8, United States Code, Section 1325(a)(1).

September 22, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*Terry M. Meinecke*

TERRY MEINECKE
Assistant U.S. Attorney